MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | NO. CR05-5395 |
|        Plaintiff,              ) | |
|                                ) | ORDER GRANTING CONTINUANCE |
| vs.                            ) | OF PRE TRIAL MOTIONS CUTOFF DATE |
|                                ) | |
| KYLE J. COOK,                  ) | |
|                                ) | |
|        Defendant.              ) | |
| _____) | |

THIS MATTER having come on regularly before the above-entitled Court upon the Motion of Defendant, KYLE J. COOK, for continuance of the pretrial motion cutoff date in this proceeding, the Court finding that a continuance is appropriate to allow further discussion between Defendant and counsel and necessary consultation among defendants concerning the filing of pretrial motions, now, therefore, it is hereby

ORDERED that the pretrial motions cutoff date is continued from July 6, 2005 to July 29, 2005.

DONE IN OPEN COURT this 15TH day of July, 2005.

                                                                                __/s/  J. Kelley Arnold_____
                                                                                UNITED STATES DISTRICT JUDGE

Presented by

/s/ Thomas A. Cena, Jr.
_____
THOMAS A. CENA,JR., WSBA NO. 6539
Attorney for Defendant Kyle J. Cook

                                                                                     THOMAS A. CENA, JR.
                                                                                           Attorney at Law
                                                                      2115 North 30th, Suite 201
                                                                             Tacoma, WA  98403
                           (253) 572-5120  Fax: (253) 593-4503
                                         E-MAIL: TomC55@nventure.com