UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                      )    | NO.  CR05-5395 |
|        Plaintiff,                    ) | |
|                                      )    | ORDER GRANTING |
| vs.                                  )    | EXTENSION OF |
|                                      )    | PRETRIAL MOTIONS |
| KYLE J. COOK,                        )    | CUTOFF DATE AND |
|                                      )    | OF TRIAL DATE |
|        Defendant.                    ) | |
| _____) | |

THIS MATTER having come on regularly before the above-entitled Court upon the Motion of Defendant, KYLE J. COOK; there being no response; the Court finding that an extension of the Motions cutoff date and a continuance of the date of trial is appropriate to allow further discussion between Defendant and the Government and further investigation, now, therefore, it is

ORDERED that the pretrial motions cutoff date is continued from July 29, 2005 to September 9, 2005 at that the date of trial is hereby continued from August 15, 2005 to September 19, 2005.

DONE IN OPEN COURT this 9th day of August, 2005.

                                                           ___/s/ J. Kelley Arnold_____
                                                           UNITED STATES MAGISTRATE JUDGE

Presented by

/s/ Thomas A. Cena, Jr.
_____
THOMAS A. CENA,JR., WSBA NO. 6539
Attorney for Defendant Kyle J. Cook

Order Granting Extension, etc.

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL:  TomC55@nventure.com